RECEIVED
IN ALEXANDRIA, LA.
FEB 1 2 2010
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLES LOVE<br>　　　LA. DOC #210299 | CIVIL ACTION NO. 09-0807 |
| VS. | SECTION P |
| WARDEN TERRY TERRELL | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of *habeas* be deemed a successive *habeas corpus* petition and that it be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. §1631 for further proceedings in accordance with the provisions of 28 U.S.C. § 2244(b).

**THUS DONE AND SIGNED**, in chambers, Alexandria, Louisiana, on this _____ day of February, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE